1  PHILLIP A. TALBERT
   United States Attorney
2  ROBERT L. VENEMAN-HUGHES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8

9                           UNITED STATES DISTRICT COURT

10                        FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES v. BACA-ARIAS | NO. 1:24-MJ-00069-EPG

13 |                              | <u>PROTECTIVE ORDER</u>

14

15

16     Application having been made to this court by the United States of America for an order

17  pursuant to Title 18, United States Code, Section 2518(8)(b), to disclose portions of the Merced County

18  Superior Court Orders authorizing the interception of wire and electronic communications, the

19  accompanying applications, affidavits, and recordings, in the above-entitled case, and

20     Those orders, applications, affidavits, and recordings having previously been sealed by the

21  Merced County Superior Court but authorized to be released to the United States for disclosure in

22  discovery to defendants in the above-captioned matters, and

23     Good cause having been shown by the United States in its application as required by Title 18,

24  United States Code, Section 2518(8)(b),

25     IT IS HEREBY ORDERED that portions of the above-referenced order, and the accompanying

26  application and affidavits may be disclosed to parties for use in the above-entitled criminal action(s), as

27  well as any subsequent case based upon an indictment following such case.

28     IT IS FURTHER ORDERED THAT the parties and defense counsel, including but not limited to

defense counsel's staff, investigators, and outside assistants, shall not disclose the contents of the documents released by the government through discovery in this case, except as necessary for investigative work for the prosecution or presentation of defenses in this case.  No copies of documents, tape- recordings, or other items released by the government in discovery in this case may be given to the defendant or any third party who is not a member of defense counsel's staff or hired as defense investigators or outside assistants, including relatives or friends of the defendant.

    IT IS FURTHER ORDERED that this order may be served on the parties who will be in receipt of the redacted applications, affidavits, and/or orders.

IT IS SO ORDERED.

Dated:   **June 5, 2024**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE