PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER BACA-ARIAS,<br><br>Defendant. | CASE NO. 1:24-MJ-00069-EPG<br><br>STIPULATION AND ORDER TO CONTINUE DETENTION HEARING<br><br>DATE: June 10, 2024<br>TIME: 2:00 p.m. |

This case is set for a detention hearing on June 10, 2024. The parties agree and stipulate to continue the detention hearing until June 13, 2024 for good cause as set forth below, including but not limited to the the schedule of counsel and the facts that this is a presumption case and the defendant intends to submit on the issue of detention.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for detention hearing on June 10, 2024.

2. By this stipulation, defendant now moves to continue the detention hearing until **June 13, 2024, at 2:00 p.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a) This case involves a rebuttal presumption in favor of detention on the issues of

STIPULATION AND ORDER TO CONTINUE DETENTION       1

1  flight and danger.

2      b)     The defendant is submitting on the issue of detention.

3      c)     Counsel for defendant is not in the district on June 10, 2024.

4      d)     The government does not object to the continuance.

5      e)     Good cause exists to continue the detention hearing for the reasons set forth above.

IT IS SO STIPULATED.

Dated: June 10, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: June 10, 2024

/s/ PATRICK AGUIRRE
PATRICK AGUIRRE
Counsel for Defendant
CHRISTOPHER BACA-ARIAS

## FINDINGS AND ORDER

Having reviewed the parties' stipulation, the Court finds the following:

    a)     The defendant consents to continuance of the detention hearing.

    b)     Good cause exists to continue the detention hearing.

IT IS HEREBY ORDERED that the detention hearing scheduled for June 10, 2024 at 2:00 p.m. is continued to June 13, 2024 at 2:00 p.m. before the duty magistrate judge.

IT IS SO ORDERED.

Dated: **June 7, 2024**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE DETENTION      2